**BOND SCHOENECK & KING**

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**REBECCA K. KIMURA, ESQ.**
rkimura@bsk.com
P: 646.253.2309

June 27, 2025

**VIA ELECTRONIC FILING AND E-MAIL**

Taimur Alamgir, Esq.
TA Legal Group PLLC
205 East Main Street
Huntington, New York 11743
tim@talegalgroup.com

      Re:    **Russell Davenport v. Episcopal Health Services, Inc., et. al**
                **Case No. 24-cv-08821 (RPK) (LB)**

Dear Mr. Alamgir:

      On behalf of Defendants St. John's Episcopal Hospital, Episcopal Heath Services Inc., and Asnel Valcin (collectively, "Defendants") in the above-referenced litigation, please be advised that, pursuant to Section IV.B of Hon. Rachel P. Kovner's Individual Practice Rules, this letter signifies Defendants' service of the following documents:

- Defendants' Notice of Motion to Dismiss Plaintiff's First Amended Class and Collective Complaint;
- Defendants' Memorandum of Law in Support of the Motion to Dismiss;
- Affidavit of Asnel Valcin, with Exhibits A & B.

                                          Respectfully Submitted,

                                          BOND, SCHOENECK & KING, PLLC

                                          */s/ RKK*
                                          Rebecca K. Kimura, Esq.