**TA LEGAL GROUP PLLC**
WWW.TALEGALGROUP.COM

**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL: tim@talegalgroup,com

**TA LEGAL GROUP PLLC**
315 MAIN STREET, SECOND FLOOR
HUNTINGTON, NY !1743

August 5, 2025

**VIA EMAIL AND ECF**
Mary Ellen Donnelly
Rebecca K. Kimura
Sabrina Salama
Bond Schoeneck & King LLP

**Re:** *Davenport v. Episcopal Health Servs., Inc., et al.*, E.D.N.Y. No. 24-CV-8821 (RPK) (LB)

Counselors:

    This cover-letter confirms that I served a memorandum of law in opposition to Defendants' motion dismiss via email on August 4, 2025.

    Very Truly Yours,
    **TA LEGAL GROUP PLLC**

By: _____
    Taimur Alamgir

cc:    Hon. Rachel P. Kovner, U.S.D.J. (via ECF)

1