UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSSELL DAVENPORT,<br><br>                Plaintiff,<br><br>       v.<br><br>EPISCOPAL HEALTH SERVICES, INC., ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE, and ASNEL VALCIN,<br><br>                Defendants. | Civil Action No. 1:24-cv-08821 (RPK) (LB)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Affidavit of Asnel Valcin dated June 25, 2025, with Exhibits, and upon all prior pleadings and proceedings had herein, defendants Episcopal Health Services Inc., St. John's Episcopal Hospital, and Asnel Valcin ("Defendants") shall move this Court before the Honorable Rachel P. Kovner, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, at a date and time to be designated by the Court, for an Order dismissing the First Amended Class and Collective Action Complaint ("FAC") of Plaintiff Russell Davenport in its entirety pursuant to Federal Rules Civil Procedure, Rule 12(b)(6), on the grounds that the FAC fails to state a claim upon which relief can be granted, and for such other relief as this Court deems just and proper.

Dated: New York, New York
       June 27, 2025

BOND, SCHOENECK & KING, PLLC

By: */s/ Rebecca K. Kimura*
    Rebecca K. Kimura, Esq.
    Mary Ellen Donnelly, Esq.
    Sabrina Salama, Esq.
    *Attorneys for Defendants*
    600 Third Avenue, 22nd Floor
    New York, New York 10016
    (646) 253-2300
    rkimura@bsk.com
    mdonnelly@bsk.com
    ssalama@bsk.com