UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RUSSELL DAVENPORT, *on behalf of himself, FLSA Collective Plaintiffs, and Class members*,

Plaintiff,

v.

EPISCOPAL HEALTH SERVICES, INC., ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE, and ASNEL VALCIN,

Defendants.

Civil Action No.: 1:24-cv-08821 (RPK) (LB)

**AFFIDAVIT OF ASNEL VALCIN**

ASNEL VALCIN, hereby declares under penalty of perjury that the following is true and correct pursuant to 28 U.S.C. § 1746:

1. I am an individual defendant in the above-captioned matter. I served as the Pastoral Care Director of Episcopal Health Services, Inc.'s Clinical Pastoral Education Training Program since 2016. As such, I am fully familiar with the documents set forth herein. I submit this Affidavit in support of Defendants' Motion to dismiss the First Amended Complaint of Russell Davenport ("Plaintiff") dated May 7, 2025.

2. Attached hereto as **Exhibit A** is a copy of the Clinical Pastoral Education/Training Agreement entered into between Plaintiff and Episcopal Health Services, Inc., which I signed on behalf of EHS, on April 28, 2022.

3. Attached hereto as **Exhibit B** is a copy of EHS's Whistleblower and Non-Retaliation/Intimidation Policy.

4. I declare under penalty of perjury that the foregoing is true and correct.

[SIGNATURE ON NEXT PAGE]

Dated: New York, New York
June 25, 2025

                                                                             _____
                                                                                  ASNEL VALCIN

STATE OF NEW YORK    )
                                  )   SS.
COUNTY OF               )

On the 25th day of June, 2025, before me, the undersigned, a Notary Public in and for said state, personally appeared ASNEL VALCIN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

_____
Notary Public

                                         JAIME CABAN JR
                              Notary Public, State of New York
                                Reg. No. 01CA0014819
                              Qualified in Queens County
                          Commission Expires 10-24-2027