**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

RUSSELL DAVENPORT,

                *Plaintiff*,

- against -

EPISCOPAL HEALTH SERVICES, INC., ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE, and ASNEL VALCIN,

                *Defendants*.

Case No.: 1:24-cv-8821 (RPK) (LB)

**DECLARATION OF TAIMUR ALAMGIR, ESQ. IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE ACTION**

---

I, Taimur Alamgir, declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the following is true and correct based upon my knowledge, information, and belief:

1. I am a member of the Bar of this Court and Managing Shareholder of the law firm TA Legal Group PLLC, counsel for Plaintiff Russell Davenport ("Plaintiff"). As such, I am fully familiar with the matters set forth below.

2. I submit this declaration in support of Plaintiff's motion for conditional certification of a collective action pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b) (the "Motion").

3. Attached hereto as Exhibit A is a copy of Plaintiff's proposed notice of collective action and opt-in form.

4. Attached hereto as Exhibit B are true and correct copies of a sampling of paystubs issued by Defendants to Plaintiff, which were provided to the undersigned by Plaintiff for purposes of this litigation.

I, Taimur Alamgir, declare pursuant to pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 14th day of April, 2025
Huntington, New York.

_____
Taimur Alamgir