**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RUSSELL DAVENPORT,<br><br>*Plaintiff*,<br><br>- against -<br><br>EPISCOPAL HEALTH SERVICES, INC., ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE, and ASNEL VALCIN,<br><br>*Defendants*. | Case No.: 1:24-cv-8821 (RPK) (LB) |

**[PROPOSED] NOTICE OF PENDENCY OF LAWSUIT**

# PLEASE READ THIS NOTICE if you worked as a CHAPLAIN RESIDENT or SUPERVISOR-IN-TRAINING at St. John's Episcopal Hospital South Shore on or after December 26, 2021.

Russell Davenport ("Plaintiff"), a former employee has filed a lawsuit against of Defendants Episcopal Health Services, Inc. ("EHS"), St. John's Episcopal Hospital South Shore, and Asnel Valcin (collectively, "Defendants"), on behalf of himself and all other current and/or former employees who worked as Chaplain Residents or Supervisors-In-Training at St. John's Episcopal Hospital South Shore on or after December 26, 2021. Plaintiff alleges that Defendants failed to compensate him and other Chaplain Residents and Supervisors-In-Training their full and proper wages and overtime, in violation of the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"), due to the following policies and practices:

1. A common policy that employees are required to clock out at the scheduled end of their shifts, and continue working off-the-clock without pay.
2. A common policy of deducting 30 minutes from compensable time for purported breaks, even though employees were required to work during these breaks.

Under the FLSA, Plaintiff is seeking unpaid overtime resulting from these alleged policies, as well as liquidated damages, attorneys' fees, and costs.

The Court has authorized the parties to mail this Notice to inform you of the existence of this FLSA lawsuit and of any legal rights that you may have with respect to this FLSA lawsuit. The Court has not decided who is right or who is wrong. Defendants deny any wrongdoing. The Court has not yet ruled on whether Plaintiff's claims or Defendants' defenses have any merit.

## YOUR LEGAL RIGHTS

### PARTICIPATING IN THIS LAWSUIT

You are receiving this Notice because Defendants' records show that you may have worked as a Chaplain Resident or Supervisor-In-Training at St. John's Episcopal Hospital South Shore on or after December 26, 2021. If you worked in one of these positions during this time period, you may join Plaintiff in this lawsuit (that is, you may "opt-in") by mailing the "Consent to Join Lawsuit" form to Plaintiff's attorneys at to the following address:

**TA LEGAL GROUP PLLC**
**205 East Main Street, Suite 3-2**
**Huntington, NY 11743**

You can also scan and email the "Consent to Join Lawsuit" form to **optin@talegalgroup.com**.

If you decide to join this lawsuit, you must send the signed Consent to Join Lawsuit form on or before **[60 days from mailing of notice]**. If your signed Consent to Join Lawsuit form is not filed with the Court by **[60 days from mailing of notice]**, you may not be able to participate in this lawsuit.

### EFFECT OF JOINING THIS LAWSUIT

If you choose to join this lawsuit:

- You will be bound by any decision or judgment of the Court, or settlement, whether favorable or unfavorable. There are no guarantees of any outcome or that any recovery will be awarded.

- You will be required to provide information regarding your employment with Defendants. You may be required to testify at a deposition or at trial, respond to written questions, and produce documents relevant to the case.

- You may not be discharged or retaliated against in any other manner by Defendants because you join this case or have exercised your rights under federal or New York state law.

- You have a right to participate in this lawsuit regardless of your immigration status.

- While this lawsuit alleges both violations under the FLSA and NYLL, submitting a Consent to Join Lawsuit form will only make you a claimant with respect to FLSA claims and not NYLL claims.

### EFFECT OF NOT JOINING THIS LAWSUIT

If you choose not to join this lawsuit, you do not need to do anything. If you do nothing at all, you will not be included in this lawsuit and you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable.

You are permitted to file your own lawsuit. If you intend on filing your own lawsuit, you should be aware that the time period for you to bring a claim under the FLSA is within two years of the date the claim accrues. If you can prove that your employer's violations were "willful," the FLSA claims may be brought within three years of the date the claim accrues. If you choose not to join this lawsuit, the time for you to bring your FLSA claims will continue to run.

### YOUR LEGAL REPRESENTATION IF YOU JOIN

Plaintiff is represented by TA Legal Group PLLC. Plaintiff's attorneys are being paid on a contingency fee basis, which means that attorneys' fees are not owed unless Plaintiff is successful and win the case or obtain a settlement, in which case the Court will determine the amount of fees to be paid.

If you choose to join this lawsuit, TA Legal Group PLLC will represent you on a contingency fee basis. By returning the signed Consent to Join Lawsuit, you authorize Plaintiff and/or Plaintiff's counsel to act on your behalf in all matters relating to this action, including any settlement of your claims. You understand that you will be bound by the decisions made and agreements entered into by Plaintiff and/or Plaintiff's counsel.

You do not have to be represented by TA Legal Group PLLC. You have the right to retain your own counsel, of your choosing, at your own expense.

### FOR MORE INFORMATION

For more information, you can contact Plaintiff's counsel:

**TA LEGAL GROUP PLLC**
Taimur (Tim) Alamgir, Esq.
205 East Main Street, Suite 3-2
Huntington, NY 11743
- **Phone:** (631) 498-7984
- **Email:** optin@talegalgroup.com
- **Instagram**: @talegalgroup
  http://www.instagram.com/talegalgroup/
- **Facebook:** "TA Legal Group" at
  http://www.facebook.com/profile.php?id=61557014902472
- **LinkedIn:** "TA Legal Group PLLC" at
  http://www.linkedin.com/company/ta-legal-group-pllc/

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK OF THE COURT WITH ANY QUESTIONS ABOUT THIS LAWSUIT OR NOTICE.**

Dated: _____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RUSSELL DAVENPORT,<br><br>*Plaintiff*,<br><br>- against -<br><br>EPISCOPAL HEALTH SERVICES, INC., ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE, and ASNEL VALCIN,<br><br>*Defendants*. | Case No.: 1:24-cv-8821 (RPK) (LB)<br><br>**CONSENT TO JOIN LAWSUIT FORM** |

IF YOU CONSENT TO JOIN THIS LAWSUIT, PLEASE FILL OUT AND SIGN THIS FORM AND RETURN IT TO TA LEGAL GROUP PLLC BY MAIL OR EMAIL NO LATER THAN **[60 DAYS FROM MAILING OF NOTICE].**

**MAIL TO:**

TA Legal Group PLLC
205 East Main Street, Suite 3-2
Huntington, NY 11743

**EMAIL TO:**

optin@talegalgroup.com

**I CONSENT TO JOIN THIS COLLECTIVE ACTION LAWSUIT UNDER THE FAIR LABOR STANDARDS ACT AS AN OPT-IN PLAINTIFF. I ELECT TO BE REPRESENTED BY TA LEGAL GROUP PLLC. I AUTHORIZE PLAINTIFF AND PLAINTIFF'S COUNSEL TO ACT ON MY BEHALF IN ALL MATTERS RELATING TO THIS ACTION, INCLUDING ANY SETTLEMENT OF MY CLAIMS.**

Name: _____

Street Address: _____

City, State, Zip Code: _____

Telephone Number:_____ Email: _____

Signature: _____ Date: _____