| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| PYY | 663568 | 611005 | | 0000310041 | 1 |

# Earnings Statement

ADP

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Period Beginning: 07/17/2022
Period Ending: 07/30/2022
Pay Date: 08/05/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

RUSSELL DAVENPORT
150 ELMWOOD AVE
ROOSEVELT NY 11575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.8282 | 74.50 | 1,551.70 | 6,873.32 |
| Holiday Pay | | | | 156.21 |
| **Gross Pay** | | | **$1,551.70** | 7,029.53 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -36.32 | 133.85 |
| | Social Security Tax | -96.20 | 435.83 |
| | Medicare Tax | -22.50 | 101.93 |
| | NY State Income Tax | -62.44 | 269.56 |
| | NY SDI Tax | -1.20 | 6.00 |
| | NY Paid Family Leave Ins | -7.93 | 35.92 |
| **Net Pay** | | **$1,325.11** | |
| Checking | | -1,325.11 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holiday Bal | | 7.50 |
| Sick Balance | | 15.58 |
| Vacation Bal | | 14.45 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY: Married
Exemptions/Allowances:
  NY: 1

Your federal taxable wages this period are $1,551.70

© 2000 ADP, LLC

---

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Advice number: 00000310041
Pay date: 08/05/2022



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RUSSELL DAVENPORT | xxxxxx5469 | xxxx xxxx | $1,325.11 |

**NON-NEGOTIABLE**

```
CO. FILE    DEPT.   CLOCK   VCHR NO.
PYY 663568  611005          0000350038  1
```

## Earnings Statement

ADP

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Period Beginning: 08/14/2022
Period Ending: 08/27/2022
Pay Date: 09/02/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

RUSSELL DAVENPORT
150 ELMWOOD AVE
ROOSEVELT NY 11575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.8282 | 75.00 | 1,562.12 | 9,685.13 |
| Holiday Pay | | | | 156.21 |
| **Gross Pay** | | | **$1,562.12** | 9,841.34 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holiday Bal | | 7.50 |
| Sick Balance | | 21.81 |
| Vacation Bal | | 20.23 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.37 | 177.34 |
| | Social Security Tax | -96.85 | 610.16 |
| | Medicare Tax | -22.65 | 142.70 |
| | NY State Income Tax | -63.05 | 377.38 |
| | NY SDI Tax | -1.20 | 8.40 |
| | NY Paid Family Leave Ins | -7.98 | 50.29 |
| **Net Pay** | | **$1,333.02** | |
| Checking | | -1,333.02 | |
| **Net Check** | | **$0.00** | |

### Additional Tax Withholding Information

Taxable Marital Status:
  NY:              Married
Exemptions/Allowances:
  NY:              1

Your federal taxable wages this period are $1,562.12

© 2000 ADP, Inc.

---

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Advice number:   00000350038
Pay date:        09/02/2022



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RUSSELL DAVENPORT | xxxxxx5469 | xxxx xxxx | $1,333.02 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| PYY | 663568 | 611005 | | 0000370040 | 1 |

# Earnings Statement

**ADP**

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Period Beginning: 08/28/2022
Period Ending: 09/10/2022
Pay Date: 09/16/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

RUSSELL DAVENPORT
150 ELMWOOD AVE
ROOSEVELT NY 11575

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.8282 | 75.00 | 1,562.12 | 11,247.25 |
| Holiday Pay | | | | 156.21 |
| **Gross Pay** | | | **$1,562.12** | 11,403.46 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -37.37 | 214.71 |
| | Social Security Tax | -96.85 | 707.01 |
| | Medicare Tax | -22.65 | 165.35 |
| | NY State Income Tax | -63.05 | 440.43 |
| | NY SDI Tax | -1.20 | 9.60 |
| | NY Paid Family Leave Ins | -7.98 | 58.27 |
| **Net Pay** | | **$1,333.02** | |
| Checking | | -1,333.02 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holiday Bal | | 15.00 |
| Sick Balance | | 25.27 |
| Vacation Bal | | 23.12 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY: Married
Exemptions/Allowances:
  NY: 1

Your federal taxable wages this period are $1,562.12

© 2000 ADP, Inc.

---

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Advice number: 00000370040
Pay date: 09/16/2022



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RUSSELL DAVENPORT | xxxxxx5469 | xxxx xxxx | $1,333.02 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | | |
|---|---|---|---|---|---|---|
| PYY | 663568 | 611005 | | 0000410039 | 1 | |

# Earnings Statement

ADP

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Period Beginning: 09/25/2022
Period Ending: 10/08/2022
Pay Date: 10/14/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

RUSSELL DAVENPORT
150 ELMWOOD AVE
ROOSEVELT NY 11575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.8282 | 75.00 | 1,562.12 | 14,215.27 |
| Overtime Pay | | | | 296.80 |
| Holiday Pay | | | | 312.42 |
| **Gross Pay** | | | **$1,562.12** | 14,824.49 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.37 | 320.57 |
| | Social Security Tax | -96.85 | 919.12 |
| | Medicare Tax | -22.66 | 214.96 |
| | NY State Income Tax | -63.05 | 583.89 |
| | NY SDI Tax | -1.20 | 12.00 |
| | NY Paid Family Leave Ins | -7.98 | 75.75 |
| **Net Pay** | | **$1,333.01** | |
| Checking | | -1,333.01 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holiday Bal | | 7.50 |
| Personal Bal | | 7.50 |
| Sick Balance | | 32.19 |
| Vacation Bal | | 28.90 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:  Married
Exemptions/Allowances:
  NY:  1

Your federal taxable wages this period are $1,562.12

© 2000 ADP, Inc.

---

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Advice number: 00000410039
Pay date: 10/14/2022



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **RUSSELL DAVENPORT** | xxxxxx5469 | xxxx xxxx | $1,333.01 |

**NON-NEGOTIABLE**

| | | |
|---|---|---|
| CO. HUD. | | |
| PYY 663568 611005 | 0000430040 | 1 |

# Earnings Statement

**ADP**

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Period Beginning: 10/09/2022
Period Ending: 10/22/2022
Pay Date: 10/28/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
 Federal: Standard Withholding Table

**RUSSELL DAVENPORT**
**150 ELMWOOD AVE**
**ROOSEVELT NY 11575**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.8282 | 75.00 | 1,562.12 | 15,777.39 |
| Overtime Pay | | | | 296.80 |
| Holiday Pay | | | | 312.42 |
| **Gross Pay** | | | **$1,562.12** | 16,386.61 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holiday Bal | | 7.50 |
| Personal Bal | | 7.50 |
| Sick Balance | | 35.65 |
| Vacation Bal | | 31.79 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.37 | 357.94 |
| | Social Security Tax | -96.85 | 1,015.97 |
| | Medicare Tax | -22.65 | 237.61 |
| | NY State Income Tax | -63.05 | 646.94 |
| | NY SDI Tax | -1.20 | 13.20 |
| | NY Paid Family Leave Ins | -7.98 | 83.73 |
| | **Net Pay** | **$1,333.02** | |
| | Checking | -1,333.02 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
 NY: Married
Exemptions/Allowances:
 NY: 1

Your federal taxable wages this period are
$1,562.12

© 2000 ADP, Inc.

---

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Advice number: 00000430040
Pay date: 10/28/2022



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RUSSELL DAVENPORT | xxxxxx5469 | xxxx xxxx | $1,333.02 |

**NON-NEGOTIABLE**

```
CO. FILE    DEPT.   CLOCK   VCHR. NO.
PYY   663568   611005           0000490042   1
```

# Earnings Statement 

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Period Beginning: 11/20/2022
Period Ending:   12/03/2022
Pay Date:        12/09/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

RUSSELL DAVENPORT
150 ELMWOOD AVE
ROOSEVELT NY 11575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.8282 | 75.00 | 1,562.12 | 19,750.37 |
| Overtime Pay | | | | 296.80 |
| Holiday Pay | | | | 312.42 |
| Personal Day | | | | 156.21 |
| Sick Pay | | | | 572.77 |
| **Gross Pay** | | | **$1,562.12** | 21,088.57 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holiday Bal | | 7.50 |
| Personal Bal | | 0.00 |
| Sick Balance | | 18.57 |
| Vacation Bal | | 40.46 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.37 | 471.60 |
| | Social Security Tax | -96.85 | 1,307.49 |
| | Medicare Tax | -22.65 | 305.78 |
| | NY State Income Tax | -63.05 | 837.01 |
| | NY SDI Tax | -1.20 | 16.80 |
| | NY Paid Family Leave Ins | -7.98 | 107.75 |
| **Net Pay** | | **$1,333.02** | |
| Checking | | -1,333.02 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:                Married
Exemptions/Allowances:
  NY:            1

Your federal taxable wages this period are $1,562.12

© 2000 ADP, Inc.

---

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Advice number:   00000490042
Pay date:        12/09/2022



Deposited to the account of   account number   transit ABA   amount
RUSSELL DAVENPORT              xxxxxx5469       xxxx xxxx    $1,333.02

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| PYY | 663568 | 611005 | | 0000030045 | 1 |

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

# Earnings Statement

Period Beginning: 01/01/2023
Period Ending: 01/14/2023
Pay Date: 01/20/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

RUSSELL DAVENPORT
150 ELMWOOD AVE
ROOSEVELT NY 11575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.8282 | 75.00 | 1,562.12 | 2,801.40 |
| Holiday Pay | | | | 156.21 |
| Sick Pay | | | | 156.21 |
| **Gross Pay** | | | **$1,562.12** | 3,113.82 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.44 | 59.84 |
| | Social Security Tax | -96.85 | 193.06 |
| | Medicare Tax | -22.65 | 45.15 |
| | NY State Income Tax | -60.66 | 120.75 |
| | NY SDI Tax | -1.20 | 2.40 |
| | NY Paid Family Leave Ins | -7.11 | 14.17 |
| **Net Pay** | | **$1,343.21** | |
| Checking | | -1,343.21 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holiday Bal | | 22.50 |
| Personal Bal | | 7.50 |
| Sick Balance | | 21.43 |
| Vacation Bal | | 41.62 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:           Married
Exemptions/Allowances:
  NY:           1

Your federal taxable wages this period are $1,562.12

© 2000 ADP, Inc.

---

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Advice number: 00000030045
Pay date: 01/20/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RUSSELL DAVENPORT | xxxxxx5469 | xxxx xxxx | $1,343.21 |

**NON-NEGOTIABLE**

```
CO. HUD.     FILE     DEPT.    CLOCK    VCHR. NO.
PYY  663568  611005           0000050045    1
```

**Earnings Statement**  ADP

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Period Beginning: 01/15/2023
Period Ending:    01/28/2023
Pay Date:         02/03/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table

RUSSELL DAVENPORT
150 ELMWOOD AVE
ROOSEVELT NY 11575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.8282 | 75.00 | 1,562.12 | 4,363.52 |
| Holiday Pay | | | | 156.21 |
| Sick Pay | | | | 156.21 |
| **Gross Pay** | | | **$1,562.12** | 4,675.94 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.44 | 90.28 |
| | Social Security Tax | -96.85 | 289.91 |
| | Medicare Tax | -22.65 | 67.80 |
| | NY State Income Tax | -60.66 | 181.41 |
| | NY SDI Tax | -1.20 | 3.60 |
| | NY Paid Family Leave Ins | -7.11 | 21.28 |
| **Net Pay** | | **$1,343.21** | |
| Checking | | -1,343.21 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holiday Bal | | 22.50 |
| Personal Bal | | 7.50 |
| Sick Balance | | 24.89 |
| Vacation Bal | | 44.50 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:           Married
Exemptions/Allowances:
  NY:           1

Your federal taxable wages this period are $1,562.12

© 2000 ADP, Inc.

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Advice number:  00000050045
Pay date:       02/03/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RUSSELL DAVENPORT | xxxxxx5469 | xxxx xxxx | $1,343.21 |

**NON-NEGOTIABLE**

| CO.     | FILE   | DEPT.  | CLOCK  | VCHR. NO. |   |
|---------|--------|--------|--------|-----------|---|
| PYY     | 663568 | 611005 |        | 0000070046 | 1 |

## Earnings Statement 

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Period Beginning: 01/29/2023
Period Ending: 02/11/2023
Pay Date: 02/17/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

RUSSELL DAVENPORT
150 ELMWOOD AVE
ROOSEVELT NY 11575

| Earnings    | rate    | hours | this period | year to date |
|-------------|---------|-------|-------------|--------------|
| Regular Pay | 20.8282 | 75.00 | 1,562.12    | 5,925.64     |
| Holiday Pay |         |       |             | 156.21       |
| Sick Pay    |         |       |             | 156.21       |
| **Gross Pay** |       |       | **$1,562.12** | 6,238.06   |

| Deductions | Statutory |         |        |
|------------|-----------|---------|--------|
|            | Federal Income Tax | -30.44 | 120.72 |
|            | Social Security Tax | -96.85 | 386.76 |
|            | Medicare Tax | -22.65 | 90.45 |
|            | NY State Income Tax | -60.66 | 242.07 |
|            | NY SDI Tax | -1.20 | 4.80 |
|            | NY Paid Family Leave Ins | -7.11 | 28.39 |
|            | **Net Pay** | **$1,343.21** |  |
|            | Checking | -1,343.21 |  |
|            | **Net Check** | **$0.00** |  |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holiday Bal |  | 22.50 |
| Personal Bal |  | 7.50 |
| Sick Balance |  | 28.35 |
| Vacation Bal |  | 47.38 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:         Married
Exemptions/Allowances:
  NY:         1

Your federal taxable wages this period are $1,562.12

© 2000 ADP, Inc.

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Advice number: 00000070046
Pay date: 02/17/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RUSSELL DAVENPORT | xxxxxx5469 | xxxx xxxx | $1,343.21 |

**NON-NEGOTIABLE**

```
CO. FILE  DEPT. CLOCK VCHR NO.
PYY  663568 611005      0000090045   1
```

# Earnings Statement

**ADP**

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Period Beginning: 02/12/2023
Period Ending: 02/25/2023
Pay Date: 03/03/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
 Federal: Standard Withholding Table

**RUSSELL DAVENPORT**
**150 ELMWOOD AVE**
**ROOSEVELT NY 11575**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.8282 | 67.50 | 1,405.90 | 7,331.54 |
| Sick Pay | 20.8282 | 7.50 | 156.21 | 312.42 |
| Holiday Pay | | | | 156.21 |
| **Gross Pay** | | | **$1,562.11** | 7,800.17 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holiday Bal | | 67.50 |
| Personal Bal | | 7.50 |
| Sick Balance | | 24.31 |
| Vacation Bal | | 50.26 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.44 | 151.16 |
| | Social Security Tax | -96.85 | 483.61 |
| | Medicare Tax | -22.65 | 113.10 |
| | NY State Income Tax | -60.66 | 302.73 |
| | NY SDI Tax | -1.20 | 6.00 |
| | NY Paid Family Leave Ins | -7.11 | 35.50 |
| **Net Pay** | | **$1,343.20** | |
| Checking | | -1,343.20 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
 NY: Married
Exemptions/Allowances:
 NY: 1

Your federal taxable wages this period are
$1,562.11

© 2000 ADP, Inc.

---

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Advice number: 00000090045
Pay date: 03/03/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **RUSSELL DAVENPORT** | xxxxxx5469 | xxxx xxxx | $1,343.20 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| PYY | 663568 | 611005 | | 0000110045 | 1 |

# Earnings Statement

ADP

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Period Beginning: 02/26/2023
Period Ending: 03/11/2023
Pay Date: 03/17/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

RUSSELL DAVENPORT
150 ELMWOOD AVE
ROOSEVELT NY 11575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.8282 | 60.00 | 1,249.69 | 8,581.23 |
| Holiday Pay | 20.8282 | 15.00 | 312.42 | 468.63 |
| Sick Pay | | | | 312.42 |
| **Gross Pay** | | | **$1,562.11** | 9,362.28 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.44 | 181.60 |
| | Social Security Tax | -96.85 | 580.46 |
| | Medicare Tax | -22.65 | 135.75 |
| | NY State Income Tax | -60.66 | 363.39 |
| | NY SDI Tax | -1.20 | 7.20 |
| | NY Paid Family Leave Ins | -7.11 | 42.61 |
| **Net Pay** | | **$1,343.20** | |
| Checking | | -1,343.20 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holiday Bal | | 52.50 |
| Personal Bal | | 7.50 |
| Sick Balance | | 27.77 |
| Vacation Bal | | 53.14 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY: Married
Exemptions/Allowances:
  NY: 1

Your federal taxable wages this period are $1,562.11

© 2000 ADP, Inc.



ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Advice number: 00000110045
Pay date: 03/17/2023

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RUSSELL DAVENPORT | xxxxxx5469 | xxxx xxxx | $1,343.20 |

**NON-NEGOTIABLE**

| CO. FILE DEPT. CLOCK VCHR. NO. | |
|---|---|
| PYY  663568  611005  0000210045  1 | |

# Earnings Statement

ADP

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Period Beginning:    05/07/2023
Period Ending:       05/20/2023
Pay Date:            05/26/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

RUSSELL DAVENPORT
150 ELMWOOD AVE
ROOSEVELT NY 11575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 20.8282 | 65.25 | 1,359.04 | 11,533.63 |
| Holiday Pay | | | | 781.05 |
| Sick Pay | | | | 781.05 |
| **Gross Pay** | | | **$1,359.04** | 13,095.73 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.13 | 194.57 |
| | Social Security Tax | -84.27 | 811.94 |
| | Medicare Tax | -19.71 | 189.89 |
| | NY State Income Tax | -49.49 | 492.96 |
| | NY SDI Tax | -1.20 | 10.80 |
| | NY Paid Family Leave Ins | -6.18 | 59.59 |
| **Net Pay** | | | **$1,188.06** |
| Checking | | | -1,188.06 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holiday Bal | | 37.50 |
| Personal Bal | | 15.00 |
| Sick Balance | | 112.21 |
| Vacation Bal | | 67.54 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:                Married
Exemptions/Allowances:
  NY:                1

Your federal taxable wages this period are $1,359.04

© 2000 ADP, Inc.

---

ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE
327 BEACH 19 STREET
FAR ROCKAWAY, NEW YORK 11691

Advice number:    00000210045
Pay date:         05/26/2023



Deposited to the account of
**RUSSELL DAVENPORT**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5469 | xxxx xxxx | $1,188.06 |

**NON-NEGOTIABLE**