UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RUSSELL DAVENPORT,

      Plaintiff,

v.

EPISCOPAL HEALTH SERVICES, INC., ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE, AND ANSEL VALCIN,

      Defendants.

Civil Action No.: 1:24-cv-08821 (RPK) (LB)

**AFFIDAVIT OF TIMOTHY TAYLOR**

STATE OF NEW YORK    )
                         )ss:
COUNTY OF _____    )

    TIMOTHY TAYLOR, being duly sworn, declares and says:

    1. The statements below are true and correct and, unless otherwise stated, the statements below are based upon my personal knowledge.

    2. I was a Chaplain Resident in the Chaplain Residency Program (the "Program") at St. John's Episcopal Hospital (the "Hospital") from approximately May 2022 through May 2023.

    3. Upon acceptance into the Program, I received a contract which stated the term of the Program, which was for one year, and my compensation, which was a stipend for a certain amount. My stipend for the Program was approximately $42,000.

    4. During my term as a Chaplain Resident, I was normally scheduled to work the night shift, which was 2:00 PM to 10:00 PM. If I worked additional time outside of my scheduled shift, my time was fully compensated.

    5. Chaplain Residents in the Program were required to clock in and out for each shift. I was never required to continue working once I had clocked out for the day. If we forgot to clock in or out, we would fill out a missed-punch form, and the Hospital would correct our time records accordingly.

    6. I was provided with a thirty-minute meal break every day that I was able to take at any time during my shift. I cannot

recall a time I was not able to take this thirty-minute break. However, if for some reason my meal break was interrupted or I was not able to take my meal break on a given day, I could notify the Program administrator and request that the time be compensated.

7. I received a paystub with my pay each pay period, and I believe the paystubs accurately reflected the time I worked. If there was ever an issue with my compensation, I would have been able to address that issue with someone at the Hospital and have my compensation corrected.

8. At some point, another Chaplain Resident in the Program, Ijeoma Obiyo, was moved into my office. I do not know the circumstances for this change. I also recall her shift changed to the night. She remained in my office for a very short amount of time, and soon thereafter, she left the Program.

9. I have provided this affidavit voluntarily without any promise of benefit or threat of any kind. I have further reviewed paragraphs 1 through 9 of this affidavit and was provided with the opportunity to make changes. The statements within this affidavit are true and correct to the best of my recollection.

Dated:   June   3,   2025

_____   TIMOTHY TAYLOR

2