UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

RUSSELL DAVENPORT,

    Plaintiff,

v.

EPISCOPAL HEALTH SERVICES, INC., ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE, AND ANSEL VALCIN,

    Defendants.
_____

Civil Action No.: 1:24-cv-08821 (RPK) (LB)

**AFFIDAVIT OF MELVIN REID**

STATE OF NEW YORK    )
                              )ss:
COUNTY OF _____    )

    MELVIN REID, being duly sworn, declares and says:

    1. The statements below are true and correct and, unless otherwise stated, the statements below are based upon my personal knowledge.

    2. I was a Chaplain Resident in the Chaplain Residency Program (the "Program") at St. John's Episcopal Hospital (the "Hospital") from approximately 2020 through 2022.

    3. Upon acceptance into the Program, I received a contract which stated the term of the Program and my compensation, which was a stipend for a certain amount.

    4. During my term as a Chaplain Resident, I was scheduled to work different shift times. If I worked additional time outside of my scheduled shift, my time was fully compensated.

    5. Chaplain Residents in the Program were required to clock in and out for each shift. I was never required to continue working once I had clocked out for the day.

    6. I was provided with a thirty-minute meal break every day that I was able to take at any time during my shift. I cannot recall a time I was not able to take this thirty-minute break. However, if for some reason my meal break was interrupted for an emergency, I could take my meal break at a different time that day. If I was not able to take my meal break for any reason, I could notify the Program administrator and request that the time be compensated, and it would be.

    7. I received a paystub with my pay each pay period. I

reviewed my paystubs, and I believe they accurately reflected the time I worked. If there was ever an issue with my compensation, I would have been able to address that issue with either the director, Ansel Valcin, or my immediate supervisor, and have my compensation corrected. Chaplain Residents were notified of this policy at the beginning of the Program.

8. It is my understanding that every Chaplain Resident in the Program was compensated the same way.

9. I have provided this affidavit voluntarily without any promise of benefit or threat of any kind. I have further reviewed paragraphs 1 through 9 of this affidavit and was provided with the opportunity to make changes. The statements within this affidavit are true and correct to the best of my recollection.

Dated: May 23 2025

*/s/ Melvin Reid*

MELVIN REID

2