UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RUSSELL DAVENPORT,

          Plaintiff,

v.

EPISCOPAL HEALTH SERVICES, INC., ST. JOHN'S EPISCOPAL HOSPITAL SOUTH SHORE, AND ANSEL VALCIN,

          Defendants.

Civil Action No.: 1:24-cv-08821 (RPK) (LB)

**AFFIDAVIT OF RUTH MATHEW**

STATE OF NEW YORK   )
                             )ss:
COUNTY OF _____ )

RUTH MATHEW, being duly sworn, declares and says:

1. The statements below are true and correct and, unless otherwise stated, the statements below are based upon my personal knowledge.

2. I was a Chaplain Resident in the Chaplain Residency Program (the "Program") at St. John's Episcopal Hospital (the "Hospital") from approximately August 2023 through August 2024. Prior to becoming a Chaplain Resident in the Program, I volunteered at the Hospital from approximately January 2023 through May 2023.

3. Upon acceptance into the Program, I received a contract which stated the term of the Program and my compensation, which was a stipend for a certain amount.

4. During my term as a Chaplain Resident, I was normally scheduled to work the night shift, which was 2:00 PM to 10:00 PM. If I worked additional time outside of my scheduled shift, my time was fully compensated.

5. Chaplain Residents in the Program were required to clock in and out for each shift. I was never required to continue working once I had clocked out for the day.

6.  I was provided with a thirty-minute meal break every day that I was able to take at any time during my shift. I cannot recall a time I was not able to take this thirty-minute break.

7.  I received a paystub with my pay each pay period. I reviewed my paystubs and I believe they accurately reflected the time I worked. I do not recall ever having any issues with my compensation.

8.  I have provided this affidavit voluntarily without any promise of benefit or threat of any kind. I have further reviewed paragraphs 1 through 8 of this affidavit and was provided with the opportunity to make changes. The statements within this affidavit are true and correct to the best of my recollection.

Dated: May __, 2025 *June 21, 2025*

RUTH MATHEW

06-21-2025

WISLY MILUS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MI6351500
Qualified in QUEENS County
Commission Expires 12/05/2028

2