UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUSSELL DAVENPORT,

                          Plaintiff,                          JUDGMENT
      v.                                                   24-CV-8821 (HG) (CHK)

EPISCOPAL HEALTH SERVICES, INC.,
ST. JOHN'S EPISCOPAL HOSPITAL SOUTH
SHORE, AND ASNEL VALCIN,

                          Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on February 5, 2026, granting the motion to dismiss; dismissing the complaint; dismissing the federal claims with prejudice for failure to state a claim on which relief can be granted; dismissing the state-law claims without prejudice for lack of supplemental jurisdiction; and denying plaintiff's motion to certify the case as a collective action under the FLSA as moot; it is

       ORDERED and ADJUDGED that the motion to dismiss is granted; the complaint is dismissed; the federal claims are dismissed with prejudice for failure to state a claim on which relief can be granted; and the state-law claims are dismissed without prejudice for lack of supplemental jurisdiction; and plaintiff's motion to certify the case as a collective action under the FLSA is denied as moot.

Dated: Brooklyn, New York                                        Brenna B. Mahoney
       February 6, 2026                                                 Clerk of Court

                                                          By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk